■

COM.

v.

ELLIS, M.

1108 EDA 2016

Superior Court of Pennsylvania.

06/13/2017

CP–51–CR–0006414–2009 (Philadelphia)

Affirmed

■

COM.

v.

YEAGER, F.

1266 EDA 2016

Superior Court of Pennsylvania.

06/13/2017

CP–39–CR–0000377–2013 (Lehigh)

Affirmed

■

GROSSE, K.

v.

GRANITE STATE INS. CO.

1564 EDA 2016

Superior Court of Pennsylvania.

06/13/2017

No. 14–11024, No. 15–01708, (Montgomery)

Quashed

■

GROSSE, K.

v.

GRANITE STATE INS. CO.

1587 EDA 2016

Superior Court of Pennsylvania.

06/13/2017

No. 14–11024

(Montgomery)

Quashed

■

GROSSE, K.

v.

GRANITE STATE INS. CO.

1600 EDA 2016

Superior Court of Pennsylvania.

6/13/2017

No. 14–11024

(Montgomery)

Quashed

